IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PATRICK LAFATA,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>Defendant. | CV-23-004-BU-JTJ<br><br>AMENDED ORDER |

The Court's June 20, 2024, Order regarding the Parties various Motions in Limine (Doc. 63) is amended as follows:

IT IS ORDERED:

Defendant Walmart's Motion to Limit or Exclude Expert Testimony (Doc. 42) to:

3.   Exclude expert testimony related to what Plaintiff saw, heard or perceived around the time of the incident is GRANTED.

DATED this 9th day of July 2024.

_John Johnston_
United States Magistrate Judge